Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR04-5350RBL |
| Plaintiff, | ) | |
| v. | ) | **PROPOSED ORDER** |
| TITUS BRIDE, | ) | |
| Defendant. | ) | |

After consideration of the Government's Motion For Permission to File an Overlength Brief, the government's request that it be allowed an additional three (3) pages is hereby GRANTED.

The government's response to the defense motion to dismiss indictment can be up to fifteen (15) pages in length.

DATED this 29th day of June, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Proposed by:

s/ Gregory A. Gruber
Gregory A. Gruber
Assistant United States Attorney

Govt. Order for Permission to File an -- 1
Overlength Brief/U.S. v. Titus Bride/CR04-5350RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Govt. Order for Permission to File an -- 2
Overlength Brief/U.S. v. Titus Bride/CR04-5350RBL