HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR04-5350RBL |
| v. | ORDER |
| TITUS BRIDE, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled Court upon Defendant's Letter/Motion to Amend the Presentence Report [Dkt. #711]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On April 14, 2006 the defendant was sentenced to nineteen (19) years pursuant to a Fed. R. Crim. P. 11(c)(1)(C) plea agreement. The sentence was upheld on appeal. He now asks the Court to amend his Presentence Report to delete the four level increase assessed for being a "leader or organizer" and to delete references to the defendant as a "danger to the community" based upon his possession of a loaded 9mm handgun. He seeks these amendments so that he may be eligible for placement at a Federal Prison Camp.

The Presentence Report correctly included a four level increase for defendant's role in the offense. All the evidence presented to the Court during several hearings involving Bride and his co-defendants left this Court convinced that Bride was one of the leaders of the Seven Deuces Mob, no matter how loosely

ORDER
Page - 1

the "mob" may have been organized.

The Presentence Report also correctly characterized the defendant as a danger to the community. Drug dealers by definition are a danger to the community. They distribute a product that tears at the very fabric of a community by destroying lives and families. Drug dealers and users cost a community untold dollars in public safety expense and stretch limited social services funds to the breaking point. Drug dealers who carry guns are even more of a threat. Bride, a convicted felon, who sold large quantities of cocaine base and carried a gun, was a danger to this community.

Defendant's Letter/Motion to Amend His Presentence Report [Dkt. #711] is **DENIED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 17th day of December, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE